THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeffrey
 Middleton, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-403
Submitted July 1, 2008  Filed July 17,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Jeffrey Middleton appeals the revocation of his probation.  Middleton argues the circuit
 court erred in revoking his probation because his inability to pay restitution
 was beyond his control.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d
 357 (1991), we dismiss[1] Middletons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.